# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER AZUL LOPEZ,<br>    *Plaintiff*, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION <br> NO. 17-0179 |
| EDGE INFORMATION MANAGEMENT,<br>INC.,<br>    *Defendant*. | : <br> : <br> : | |

## ORDER

**AND NOW**, this 5th day of February, 2019, upon consideration of representations made by counsel in the letter dated February 4, 2019, it is hereby **ORDERED** that the above-referenced matter is **DISMISSED** pursuant to Local Rule 41.1(b).

The Clerk of Court is directed to **CLOSE** this matter for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.